HEATHER DAVIS, SBN 239372
heather@protectionlawgroup.com
AMIR NAYEBDADASH, SBN 232204
amir@protectionlawgroup.com
PRISCILLA GAMINO, SBN 315404
priscilla@protectionlawgroup.com
PROTECTION LAW GROUP, LLP
237 California Street
El Segundo, California 90245
Tel.: (424) 290-3095/Fax: (866) 264-7880

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Michelle L. DuCharme (SBN 285572)
mducharme@seyfarth.com
Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendants
BioReference Laboratories, Inc. and
OPKO Health, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LOPEZ, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIO-REFERENCE LABORATORIES, INC. a New Jersey corporation; OPKO HEALTH, INC., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-02063-KJM-DB<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND [PROPOSE]ORDER TO STAY ACTION** |

## I.   NOTICE OF SETTLEMENT

Pursuant to Local Rule 160(a), Plaintiff Denise Lopez ("Plaintiff"), Defendant BioReference Health, LLC (formerly known as BioReference Laboratories, Inc.) and Defendant OPKO Health, Inc. ("Defendants") (collectively the "Parties"), by and through their counsel of record, hereby notify the Court that they have reached a settlement in this case.

## II.   RELEVANT BACKGROUND

On October 5, 2021, Plaintiff filed the instant Class Action Complaint in the Superior Court of the State of California, County of Amador ("Class Action"). ECF No. 1-1. On November 8, 2021, Defendants removed the Class Action Complaint to this Court.

On December 21, 2021, Plaintiff filed a separate Private Attorneys General Act ("PAGA") complaint in the Superior Court for the State of California, County of Los Angeles, case number 21STCV46533 ("PAGA Action"), which alleges the same wage and hour violations against the same Defendants as the instant matter.

On December 13, 2022, the Parties participated in a private mediation session with mediator Deborah Crandall Saxe and reached an agreement in principle to settle both the instant matter and the PAGA Action.  The Parties have executed a memorandum of understanding and are preparing a long-form settlement agreement which will apply to Plaintiff's Class Action and PAGA Action.

The Parties have agreed, for purposes of settlement only, to seek approval of Plaintiff's Class Action and PAGA Action in the Los Angeles County Superior Court.  The Parties, accordingly, have agreed that Plaintiff shall file an amended complaint in the PAGA Action alleging the same class action claims alleged in the instant matter, and, to stay the instant matter during the settlement approval process.  The Parties further shall file a stipulated request to dismiss the instant matter upon entry of final approval of the settlement and judgment in the PAGA Action.  If the Los Angeles County Superior Court does not approve of the settlement, the Parties agree to cooperate in good faith to address the Los Angeles County Superior Court's concerns, and if no agreement can be reached then the Parties may consider mediation for a second time in an effort to reach a settlement approved by the Los Angeles County Superior Court. Otherwise, the Parties shall revert to the *status quo ante* and resume litigating the instant matter in this Court and the PAGA Action in the Los Angeles Superior Court.

### III. STIPULATION AND REQUEST TO STAY

The Parties request the Court stay all deadlines in this action to allow the Parties time to finalize their global settlement agreement, which includes Plaintiff amending her PAGA Action to add the class allegations from this Class Action, and to submit their global settlement agreement to the Los Angeles County Superior Court for approval.

Therefore, it is hereby STIPULATED, AGREED, AND REQUESTED by and between the Parties hereto, by and through their respective counsel of record as follows:

1. This action shall be stayed while the Parties seek approval of their global settlement in the Los Angeles County Superior Court;

2. The Parties shall file a stipulated request for dismissal of this action within seven (7) days after the Los Angeles County Superior Court grants final approval of their global settlement and enters judgment, or, if the Los Angeles County Superior Court denies approval of their global settlement, the Parties shall notify the Court within seven (7) days of entry of the denial of the motion for approval of the settlement; and

3. All scheduled deadlines and hearings in this action shall be vacated until further order and notice from the Court.

IT IS SO STIPULATED.

DATED: January 4, 2023                                              SEYFARTH SHAW LLP

By: */s/ Eric M. Lloyd*
(as authorized on January 4, 2023)
Eric M. Lloyd
Michelle L. DuCharme
Bradley D. Doucette

Attorneys for Defendants
BioReference Laboratories, Inc. and
OPKO Health, Inc.

DATED: January 4, 2023                                              PROTECTION LAW GROUP, LLP

By: */s/ Heather Davis*
Heather Davis
Amir Nayebdadash
Priscilla Gamino

Attorneys for Plaintiff Denise Lopez

**ORDER**

Upon consideration of the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED:

1.  This action is stayed while the Parties seek approval of their global settlement in the Los Angeles County Superior Court;

2.  The Parties shall file a stipulated request for dismissal of this action within seven (7) days after the Los Angeles County Superior Court grants final approval of their global settlement and enters judgment, or, if the Los Angeles County Superior Court denies approval of their global settlement, the Parties shall notify the Court within seven (7) days of entry of the denial of the motion for approval of the settlement; and

3.  All scheduled deadlines and hearings in this action shall be vacated until further order and notice from the Court.

4.  Within ninety days, and every ninety days thereafter, the parties shall file a joint report on the status of the global settlement and the action in the Los Angeles Superior Court.

IT IS SO ORDERED.

DATED: January 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE