HEATHER DAVIS, SBN 239372
heather@protectionlawgroup.com
AMIR NAYEBDADASH, SBN 232204
amir@protectionlawgroup.com
PRISCILLA GAMINO, SBN 315404
priscilla@protectionlawgroup.com
PROTECTION LAW GROUP, LLP
237 California Street
El Segundo, California 90245
Tel.: (424) 290-3095/Fax: (866) 264-7880

*Attorneys for* Plaintiff
Denise Lopez

SEYFARTH SHAW LLP
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

SEYFARTH SHAW LLP
Michelle L. DuCharme (SBN 285572)
mducharme@seyfarth.com
Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

*Attorneys for* Defendants
BioReference Laboratories, Inc. and
OPKO Health, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LOPEZ, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIO-REFERENCE LABORATORIES, INC. a New Jersey corporation; OPKO HEALTH, INC., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-02063-DJC-DB<br><br>Assigned to Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION TO DISMISS CASE; ORDER** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated by and between the Plaintiff DENISE LOPEZ ("Plaintiff") and Defendants BIOREFERENCE HEALTH, LLC (formerly known as BioReference Laboratories, Inc.) and OPKO HEALTH, INC. ("Defendants") (collectively the "Parties"), by and through their respective attorneys of record, as follows:

## RECITALS

**WHEREAS**, on October 5, 2021, Plaintiff filed the instant Class Action Complaint in the Superior Court of the State of California, County of Amador ("Class Action"). (ECF No. 1-1.) On November 8, 2021, Defendants removed the Class Action Complaint to this Court;

**WHEREAS,** on December 21, 2021, Plaintiff filed a separate Private Attorneys General Act ("PAGA") complaint in the Superior Court for the State of California, County of Los Angeles, case number 21STCV46533 ("PAGA Action"), which alleges the same wage and hour violations against the same Defendants as the instant matter;

**WHEREAS,** on December 13, 2022, the Parties participated in a private mediation session with mediator Deborah Crandall Saxe and reached an agreement in principle to settle both the instant matter and the PAGA Action;

**WHEREAS,** the Parties agreed, for purposes of settlement only, to seek approval of Plaintiff's Class Action and PAGA Action in the Los Angeles County Superior Court, and staying the instant matter during the settlement approval process;

**WHEREAS,** on January 4, 2023, the Parties filed their Notice of Settlement and Joint Stipulation and [Proposed] Order to Stay the Action (ECF No. 22);

**WHEREAS,** on January 11, 2023, the Court executed the Order staying this Action while the Parties sought approval of their global settlement in the Los Angeles County Superior Court and ordered the Parties to file a stipulated request for dismissal of this Action within seven (7) days after

the Los Angeles County Superior Court entered judgment (ECF No. 23); and

**WHEREAS,** on November 2, 2023, the Los Angeles County Superior Court granted final approval of the global settlement and executed the Final Order and Judgment.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties, by and through their Counsel of record, as follows:

1. This case is dismissed with prejudice.

**IT IS SO STIPULATED**.

DATED: November 9, 2023                PROTECTION LAW GROUP, LLP

By: /s/ Heather Davis
    Heather Davis
    Amir Nayebdadash
    Priscilla Gamino
    *Attorneys for* Plaintiff
    Denise Lopez

DATED: November 9, 2023                SEYFARTH SHAW LLP

By: /s/ Michelle L. DuCharme (as authorized on 11/9/23)
    Eric M. Lloyd
    Michelle L. DuCharme
    Bradley D. Doucette
    *Attorneys for* Defendants
    BioReference Laboratories, Inc. and
    OPKO Health, Inc.

**ORDER**

Upon consideration of the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The case of *Lopez v. BioReference Health, LLC, et al.*, United States District Court – Eastern District of California, Case No. 2:21-cv-02063-DJC-DB, is dismissed with prejudice; and
2. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated:  November 9, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE